

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00189-CR

| | | |
|---|---|---|
| Ex parte Austin Michaelis | § | On Appeal from County Criminal Court No. 4 |
| | § | of Denton County (CR-2021-00513-D-WHC) |
| | § | April 21, 2022 |
| | § | Memorandum Opinion by Justice Kerr |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr